Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

        V.                               Case No. A01-0141-01 CR (JKS)

William R. Johnson

On August 27, 2003, the above-named was placed on supervised release for a period of 3 years years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that William R. Johnson be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _____ day of _____, 20____.

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge